UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| DINA L. GOODWIN., <br><br> Plaintiff, <br><br> -against- <br><br> VETERAN'S HEALTH ADMINISTRATION; AMERICAN FEDERATION OF GOVERNMENT EMPLOYEES, <br><br> Defendants. | 24-cv-6138 (LLS) <br><br> CIVIL JUDGMENT |

For the reasons stated in the June 4, 2025, order, Plaintiff's complaint, filed IFP under 28 U.S.C. § 1915(a)(1), is dismissed for failure to state a claim on which relief may be granted, 28 U.S.C. § 1915(e)(2)(B)(ii), and lack of subject matter jurisdiction, see Fed. R. Civ. P. 12(h)(3).

The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from the Court's judgment would not be taken in good faith.

SO ORDERED.

Dated:   June 5, 2025
         New York, New York

                                            /s/ Louis L. Stanton
                                            LOUIS L. STANTON
                                            United States District Judge